**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRADEWARRIOR, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INVESTMENT GRADE TECHNOLOGIES, LLC d/b/a ORANJ, *et al.*,<br><br>Defendants. | Case No.: 1:18-cv-04235<br><br>Honorable Edmond E. Chang |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal of Civil Procedure Rule 41 (a)(1)(A)(i), Plaintiffs TradeWarrior, Inc. and Damon Deru (collectively, "Plaintiffs"), by and through undersigned counsel, hereby provide notice that all claims against Defendants Investment Grade Technologies, LLC d/b/a Oranj ("IGT"), Advisers Alpha, LLC ("AA"), David Lyon, and Perry Moutzouros (collectively, "Defendants" unless otherwise specified) in the above-captioned action are voluntarily dismissed without prejudice, with each side to bear its respective fees, costs and expenses. More specifically, on May 17, 2018, IGT and AA inaugurated a related co-pending matter against the Plaintiffs and others in this District. (*See Advisers Alpha, LLC et al. v. Deru, et al.*, Case No. 1:18-cv-3515, Northern District of Illinois, the Honorable John Z. Lee presiding (the "3515 Case")). In view of the co-pending and related 3515 Case, and to avoid the necessity of having the above-captioned matter reassigned and/or consolidated with the 3515 Case, the parties have agreed that Plaintiffs would dismiss the above-captioned action without prejudice, with each side to bear its costs and expenses, and that the relevant claims asserted herein would be reasserted as counterclaims in the 3515 Case. Accordingly, Plaintiffs request that the Court close this case.

DATED this 27th day of June, 2018.

        Respectfully Submitted,

        By:<u>*/s/ James T. Burton*</u>
          James T. Burton (UT Bar No. 11875)*
          Joshua S. Rupp (UT Bar No. 12647)*
        **Kirton McConkie**
        36 South State Street, Suite 1900
        Salt Lake City, UT 84111
        *Admitted *Pro Hac Vice*

        Jennifer M. Kurcz (IL Bar No. 6279893)
        John Sheldon Letchinger (IL Bar No. 6207361)
        Suzanne M. Alton de Eraso (IL Bar No. 6317254)
        **Baker & Hostetler LLP**
        191 N. Upper Wacker Dr., Suite 3100
        Chicago, IL 60606
        *Attorneys for Plaintiffs TradeWarrior, Inc. and Damon Deru*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of June, 2018, I caused a copy of the foregoing **Notice of Voluntary Dismissal** to be filed using the Court's electronic filing system which provides service to all counsel of record.

*/s/ James T. Burton*
